FILED
2010 Dec-13 PM 12:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

THERESA LEE,                    }
                                }
      Plaintiff,                }
                                }    CIVIL ACTION NO.
v.                              }    10-AR-0486-S
                                }
R&M PROPERTIES, LLC, et al.,    }
                                }
      Defendants.               }
```

**MEMORANDUM OPINION**

The appeal to the Eleventh Circuit by defendants, R&M Properties, LLC and Veena Lal, having been dismissed by that court, this court must address the amended motion of plaintiff, Theresa Lee, for attorney's fees. The court finds no reason to question the 19.40 hours spent by plaintiff's counsel. The last and most recent, hourly rate approved by this court for similar legal services, is $275.00 per hour, which is the amount the court determines was reasonable and necessary in this case. This may fly in the face of inflation. Accordingly, by separate order, the judgment will be increased by the sum of $12,265.00.

DONE this 13th day of December, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE